IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **KYLE RICHARD BISHOP, III,** | : | |
| Plaintiff, | : | |
| | : | NO. 5:11-CV-107 (MTT) |
| VS. | : | |
| | : | |
| **GREGORY MCLAUGHLIN,** *et al.,* | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |
| | : | |

## ORDER

Plaintiff Kyle Richard Bishop, III has filed a Motion to Expand the Record. Doc. 9. Attached to this motion are several affidavits prepared and executed by Robert Scott McNeal, an inmate that is not a party to this action. Given the early stage of these proceedings, coupled with the fact that there is not yet any need for evidence to be filed with the Court, Plaintiff's motion is **DENIED** as premature.

**SO ORDERED**, this 5th day of May, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge