IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KYLE RICHARD BISHOP, III, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-107(MTT) |
| WARDEN GREGORY MCLAUGHLIN, JOHN HILL, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on United States Magistrate Judge Charles H. Weigle's Recommendation to deny the Plaintiff's Motion for Preliminary Injunction. (Doc. 39). The Magistrate Judge recommends denying the Motion because the Plaintiff cannot show that he will suffer irreparable injury absent an injunction. The Plaintiff did not object to the Recommendation. The Court has reviewed the Recommendation and the Motion, and the Recommendation is adopted and made the order of this Court. The Plaintiff's Motion is **DENIED**. (Doc. 33).

**SO ORDERED**, this 26th day of June, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT