IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KYLE RICHARD BISHOP, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 5:11-CV-107(MTT) |
| | ) |
| WARDEN GREGORY MCLAUGHLIN, | ) |
| JOHN HILL, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Before the Court is the Plaintiff's Motion for Certificate of Appealability. (Doc. 72). The Plaintiff brought § 1983 First Amendment claims against the Defendants, and his complaint was dismissed because the Plaintiff lacked standing due to his failure to show an actual injury. (Doc. 69). Following the dismissal, the Plaintiff filed a Notice of Appeal (Doc. 71) and the present Motion for a Certificate of Appealability (Doc. 72). However, a Certificate of Appealability is not a prerequisite to the appeal of a § 1983 action. Therefore, the Plaintiff's Motion is **DENIED** as moot.

**SO ORDERED**, this 20th day of December, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT