IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **KYLE RICHARD BISHOP, III** : | |
| : | |
| Plaintiff, : | |
| : | NO. 5:11-cv-0107-MTT |
| VS. : | |
| : | |
| **GREGORY MCLAUGHLIN**, *et. al.,* : | |
| : | |
| Defendants. : | |

### ORDER

Plaintiff Kyle Richard Bishop, a prisoner currently confined at Wilcox State Prison, has filed a second Motion to Proceed *in forma pauperis* on Appeal (ECF No. 77) from this Court's November 30, 2012, Order (ECF No. 69) granting Defendants' motion to dismiss and denying his motion to amend as futile. This Motion has already been denied (ECF No. 76), and Plaintiff has not presented any reason why the Court's prior order should be reconsidered. Plaintiff's second Motion is thus also **DENIED**.

Any further requests to proceed *in forma pauperis* on appeal should be directed, on motion, to the United States Court of Appeals for the Eleventh Circuit, in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

**SO ORDERED**, this 18th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jlr

1